| | |
|---|---|
| 1 | JACQUELINE A. FORSLUND |
| 2 | Forslund Law, LLC |
|   | CSBN 154575 |
| 3 | P.O. Box 4476 |
|   | Sunriver, OR  97707 |
| 4 | Telephone:    541-419-0074 |
|   | Fax:               541-593-4452 |
| 5 | Email:            jaf@forslundlaw.com |
| 6 | |
|   | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ROY GALLEUR, | ) | Case No.  2:17-CV-02473-AC |
|  | ) |  |
|     Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
|  | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
|  | ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL, | ) |  |
| Acting Comm'r of Social Security, | ) |  |
|  | ) |  |
|     Defendant | ) |  |
|  | ) |  |
| _____) |  |  |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to May 27, 2018, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has several other filings due during the same week

**Galleur v. Berryhill**        **Stipulation and Proposed Order**        **E.D. Cal. 2:17-cv-02473-AC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 17, 2018  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: April 17, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: April 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE