MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID ROY GALLEUR, | Case No.: 2:17-CV-02473-AC |
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME and ORDER** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between David Roy Galleur (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty-five (35) days to file her Opposition to Plaintiff's Opening Brief. The current due date is June 29, 2018. The new date will be August 3, 2018. An extension of time is needed because the attorney responsible for briefing this case recently underwent surgery and requires additional time to fully consider the issues in this case. This request is made in good faith with no intention to unduly delay the proceeding. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: June 27, 2018

By: */s/ Jacqueline Anna Forslund* *
JACQUELINE ANNA FORSLUND
Attorney for Plaintiff
(*As authorized by e-mail on 6/27/2018)

By: MCGREGOR W. SCOTT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE AUGUST 3, 2018.

DATED: June 29, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE