MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
E-Mail: Jennifer.Tarn@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID ROY GALLEUR,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A .BERYYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-2473-AC<br><br>**STIPULATION & [PROPOSED] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between Plaintiff David Roy Galleur ("Plaintiff"), and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate the medical and other evidence in the record and issue a new decision. The parties further

request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                          Respectfully submitted,

Dated: July 17, 2018                      FORSLUND LAW LLC

                              By    /s/ *Jacqueline A. Forslund**
                                         JACQUELINE A. FORSLUND
                                         *As authorized by email on July 17, 2018*
                                         Attorney for Plaintiff

Dated:  July 16, 2018               MCGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                By    /s/  *Jennifer Lee Tarn*
                                         JENNIFER LEE TARN
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 19, 2018                                     _/s/ Allison Claire_
                                                              ALLISON CLAIRE
                                                               UNITED STATES MAGISTRATE JUDGE